UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DEREK HUGH FLANARY,

    Plaintiff,

  v.

DAREN SWENSON,

    Defendant.

Case No. C06-5380 RBL/KLS

ORDER ADOPTING REPORT AND RECOMMENDATION

The Court, having reviewed the Report and Recommendation of Magistrate Judge Karen L. Strombom, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and ORDER:

(1)   The Court adopts the Report and Recommendation;

(2)   Plaintiff's motion for leave to proceed *in forma pauperis* is **DENIED** and proposed Habeas Corpus Petition is **DISMISSED WITHOUT PREJUDICE**; and

(3)   The Clerk is directed to send copies of this Order to Plaintiff, and to the Hon. Karen L. Strombom.

DATED this 18th day of January, 2007.

*/s/ Ronald B. Leighton*
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER - 1